Albert H. Hanneken, Appellee, v. Joseph M. Eichler et al., Appellants. Phelchner Spotts et al., Defendants.

Gen. No. 10,112.

opinion filed October 23, 1947; released

438

for publication November 10, 1947. Vogel & Bunge, for appellants; Leslie H. Vogel and Forrest S. Blunk, of counsel; Dixon, Devine, Bracken & Dixon, for appellee; Robert L. Bracken and J. C. Ryan, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full.